UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re SitusAMC Holdings Corporation Data Breach Litigation | **Master Case No. 1:25-cv-09748-LJL** |
| TIMOTHY LE, on behalf of himself and other similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>SITUSAMC HOLDINGS CORP.,<br><br>    Defendant | **Case No. 1:25-cv-10579** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE ACTIONS**

Having reviewed Plaintiffs' Unopposed Motion to Consolidate Cases (the "Motion"), the Parties' briefing on the same, and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. The related case, *Le v. SitusAMCHoldings Corporation,* Case No. 1:25-cv-10579 (the "*Le* action") is consolidated with the *In re SitusAMC Holdings Corporation Data Breach Litigation* action, under the docket number of the first-filed *Kelechian v. SitusAMC Holdings Corporation*, Master Case No. 1:25-cv-09748 pursuant to Fed. R. Civ. P. 42(a) and this Court's December 19, 2025 Order Granting Plaintiffs' Unopposed Motion to Consoldiate Actions and

2

Appoint Interim Class Counsel and an Executive Committee holding that all subsequently related actions be consolidated under the first-filed *Kelechian* action;

 2. Consolidation is appropriate because the *Le* Action has already been related to *In re SitusAMC Holdings Corporation Data Breach Litigation*. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

 3. All deadlines in the *Le* action are vacated; and

IT IS SO ORDERED.

Dated: January 14, 2026

            Hon. Lewis J. Liman
            JUDGE OF THE U.S. DISTRICT COURT